UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

Kevin Riney                                                CHAPTER 13
                                                                CASE NO. 09-67661
                                                                 JUDGE Walter Shapero

                           Debtor(s)
_____/

### ORDER DISMISSING CHAPTER 13 CASE

        IT IS HEREBY ORDERED that the within case is dismissed and the automatic stays issued pursuant to 11 USC §§ 362 and 1301 are hereby terminated .

        IT IS FURTHER ORDERED that the Clerk's office shall immediately provide notice to the entry of this Order to all creditors listed in this case, the Debtor(s), Debtor(s)' attorney, if any, and the Trustee.

        IT IS FURTHER ORDERED that in the event that the Chapter 13 Plan has not been confirmed, then the Trustee shall be allowed an administrative expense of $100.00 to be paid after payment of noticing fees to the Clerk of the Court to defray the Trustee's cost and expense of administering the case to date.

        IT IS FURTHER ORDERED that Tammy L. Terry, Trustee, is discharged as Trustee, and the Trustee and his/her surety are released from any and all liability on account of the within proceedings.

.

**Signed on May 28, 2010**

                                                                                              **___ __/s/ Walter Shapero_ ___**
                                                                                                 **Walter Shapero**
                                                                                                **United States Bankruptcy Judge**